UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ENTERED
OCT 2 6 2001
SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

J. FRANK DEEM, et al.,

    Plaintiffs,

vs.                           CIVIL ACTION NO. 2:01-0972

JOSEPH MANCHIN, III,
SECRETARY OF STATE, et al.,

    Defendants.

## TRANSFER ORDER

Pursuant to the Order of October 24, 2001 entered in the case of <u>Unger, et al v. Manchin, etc., et al</u>, Civil Action No. 3:01-0075, by the Honorable J. Harvie Wilkinson III, Chief Judge, United States Court of Appeals, the undersigned for administrative reasons and to comply with the consolidation directive of Chief Judge Wilkinson, hereby **TRANSFERS** the within civil action to the Northern District of West Virginia, Martinsburg Division, for inclusion in pending redistricting legislation there.

The Clerk is directed to forward a copy of this Order to the Honorable M. Blane Michael, Circuit Judge, Honorable David A.

Faber, United States District Judge and Honorable W. Craig Broadwater, United States District Judge.

ENTER: October 26, 2001

_____
Charles H. Haden II, Chief Judge